```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 34466
    SARAH E ULMER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-8495
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/17/08 .

2. The case was converted to Chapter 7 without confirmation, 02/19/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST MIDWEST BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CITIZENS BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PLS FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, MOLLY HRISKO                    , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/27/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                                           PAGE   2
        CASE NO. 08 B 34466 SARAH E ULMER
```